| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumber |
|---|---|---|---|---|---|
| 1 | 70.59.198.45 | 4D372D372D322D2D536FD3B3E258FA4CC3B94ADE | BitTorrent 7.7.2 | 02/02/2013 12:34:11 PM | S0054-000007256 |
| 2 | 75.70.0.38 | 2D5554333233302D217057946F90C4F884F4BDE7 | µTorrent 3.2.3 | 01/24/2013 05:44:19 AM | S0054-000006434 |
| 3 | 67.190.155.222 | 2D5554333233302D2170BCAF0345737D7C387584 | µTorrent 3.2.3 | 01/19/2013 11:41:39 PM | S0054-000006302 |
| 4 | 67.190.107.162 | 4D372D372D332D2D2270B2CCF6B9739F4D9A9EEB | BitTorrent 7.7.3 | 01/14/2013 03:02:43 AM | S0054-000006172 |
| 5 | 65.128.104.2 | 2D415A343831322D76554E4E4C324A4842305459 | Vuze 4.8.1.2 | 01/13/2013 05:07:11 PM | S0054-000006152 |
| 6 | 69.130.238.136 | 544958303139322D663965396A32623664386534 | BitTornado 18.33.0 | 01/13/2013 07:32:01 AM | S0054-000006136 |
| 7 | 75.70.100.54 | 2D5452323531302D6E35396E796F777A74727A63 | Transmission 2.51 | 01/12/2013 05:44:26 PM | S0054-000006112 |
| 8 | 107.17.37.21 | 2D415A343830302D764C6D32686B48594A417236 | Vuze 4.8.0.0 | 01/10/2013 03:15:44 AM | S0054-000005870 |
| 9 | 174.51.187.188 | 2D554D313831302D56701A2848FBB5D0E632A4A4 | µTorrent Mac 1.8.1 | 01/09/2013 12:46:41 AM | S0054-000005888 |
| 10 | 204.45.126.170 | 2D5554333233302D21708C1CB76E8FD48F280E29 | µTorrent 3.2.3 | 01/02/2013 01:49:53 AM | S0054-000005936 |
| 11 | 67.161.134.71 | 2D554D313832422DA8700529E27074A82992AA9D | µTorrent Mac 1.8.2 (Beta) | 01/01/2013 07:05:54 PM | S0054-000005942 |
| 12 | 72.174.208.249 | 2D5554333233302D21706417DA15183493A8EA65 | µTorrent 3.2.3 | 01/01/2013 03:41:28 AM | S0054-000005956 |

| Title | RightsOwner | FileName | FileHash |
|---|---|---|---|
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) [1080p] | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 |

| ISP | Region | city |
|---|---|---|
| Century Link | Colorado | Colorado Springs |
| Comcast Cable | Colorado | Colorado Springs |
| Comcast Cable | Colorado | Breckenridge |
| Comcast Cable | Colorado | Colorado Springs |
| Century Link | Colorado | Denver |
| TDS Telecom | Colorado | Cedaredge |
| Comcast Cable | Colorado | Aurora |
| Wayport | Colorado | Grand Junction |
| Comcast Cable | Colorado | Denver |
| FDCservers.net | Colorado | Denver |
| Comcast Cable | Colorado | Aurora |
| Bresnan Communications | Colorado | Grand Junction |