## ASSIGNMENT OF COPYRIGHT INTEREST

Author:  Maxcon Productions Inc.
100 Universal City Plz 5183,
Universal City, CA, 91608 United States

Assignee:  Voltage Pictures, LLC
662 N. Crescent Heights Blvd.
Los Angeles, CA 90048

Work:  MAXIMUM CONVICTION
Type:  Motion Picture
Reg. No.  PAu 3-647-070

For good and valuable consideration, Maxcon Productions Inc. (Author), assigns to Voltage Pictures, LLC (Assignee), all rights and interest in the Work MAXIMUM CONVICTION, Reg. No. PAu 3-647-070, only to the extent necessary to make claims by itself against illegal downloads, uploads and / or streaming the work via the internet or wireless worldwide and to undertake such actions as it believes necessary or appropriate to protect against piracy of any of the rights in the Work including registering the Work or recording any documents with governmental authorities, sending or having cease and desist letters and notices of infringement sent, and bringing, prosecuting, defending and appearing in all suits, actions and proceedings concerning any piracy, infringement or misappropriation of any of the licensed rights in the Work.

Maxcon Productions Inc.

_____
Its Authorized Signatory