**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-902

VOLTAGE PICTURES, LLC,
a California Limited Liability Company

       Plaintiff,

vs.

DOES 1-11,

       Defendants.

---

**STATUS REPORT**

---

COMES NOW Plaintiff, Voltage Pictures, LLC, ("Plaintiff" or "Voltage"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

Respectfully submitted this 26th day of April, 2013.

BROWN & KANNADY, LLC

/s/ Scott T. Kannady
Scott T. Kannady, No. 29995
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on 26th day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                  By: <u>/s/ Maegan M. Stevens</u>
                  Maegan Stevens, paralegal
                  Brown & Kannady, LLC