**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

VOLTAGE PICTURES, LLC,
a California Limited Liability Company

    Plaintiff,

---

**STATUS REPORT**

---

COMES NOW Plaintiff, Voltage Pictures, LLC, ("Plaintiff" or "Voltage"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-00900**: Plaintiff issued subpoenas to Bresnan Communications, LLC; CenturyLink, Inc.; and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00902**: Plaintiff issued subpoenas to Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00903**: Plaintiff issued subpoenas to Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00990**: Plaintiff issued subpoenas to Plaintiff issued Subpoenas to Bresnan Communications, LLC; CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00991**: Plaintiff issued subpoenas to Plaintiff issued Subpoenas to CenturyLink Inc.; FDCSERVERS.NET, LLC; Verizon Wireless Telecom Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00993**: Plaintiff issued subpoenas to Plaintiff issued Subpoenas to CenturyLink Inc.; Bresnan Communications, LLC; FDCSERVERS.NET, LLC; JAB Wireless, Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

Respectfully submitted this 9th day of May, 2013.

BROWN & KANNADY, LLC

/s/ Scott T. Kannady
Scott T. Kannady, No. 29995
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of May, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: /s/ Maegan M. Stevens
Maegan Stevens, paralegal
Brown & Kannady, LLC