IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00902-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-11,

      Defendants.

---

## ORDER

      In accordance with Plaintiff's Notice of Dismissal filed on June 28, 2013 (ECF No. 19), it is

      ORDERED that Defendant John Doe # 1 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

      Dated:  June 28, 2013

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           Senior United States District Judge